**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br><br><br>Debtors. | Chapter 11<br><br><br>Bankruptcy Case No.: 22-11068 (KBO)<br>Bankruptcy BAP No.: 26-47 |
| DIGITAL ANCHOR HOLDINGS LIMITED,<br><br>Appellant,<br><br>v.<br><br>FTX RECOVERY TRUST and FTX DIGITAL MARKETS LTD.,<br><br>Appellees. | Civil Action No. 26-1008-JLH |

**ORDER**

At Wilmington, this 16th day of September 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule (agreed to by the parties):

1. Appellant's brief in support of the appeal is due on or before **October 8, 2026.**
2. Appellees' brief in opposition to the appeal is due on or before **November 9, 2026.**
3. Appellant's reply brief is due on or before **November 23, 2026.**

The Honorable Jennifer L. Hall
United States District Judge